845   In re Chain Link Fence Antitrust Litigation

| Date | No. | Entry |
|---|---|---|
| 90/03/22 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- deft. Master-Halco, Inc. for transfer of action -- w/Exhibits A thru L and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: District of Colorado (ds) |
| 90/04/02 |   | APPEARANCES: MARTIN I. TWERSKY, ESQ. for Goode Fence Company, et al.; PAUL W. REIDL, ESQ. for Merchants Metals, Inc.; LYNN LINCOLN SARKO, ESQ. for Milwaukee Fence, Inc.; PAUL J. KENNEDY, ESQ. for Acme Fences, Inc., etc. (rh) |
| 90/04/04 |   | APPEARANCE -- K. CRAIG WILDFANG, ESQ. for AMCO Steel Fence Co., Inc., et al. (rh) |
| 90/04/06 |   | APPEARANCE: SPENCER REID, ESQ. for Master-Halco, Inc. (rh) |
| 90/04/09 |   | HEARING ORDER -- setting motion to transfer for Panel Hearing in Sioux Falls, South Dakota on May 31, 1990 -- notified involved judges, clerks and counsel (cds) |
| 90/04/10 |   | APPEARANCES: JOHN D. PHILLIPS, ESQ. for W.F. Corp. f/k/a Capitol Wire & Fence Co., Inc. and Reeves Southeastern Corp.; JAMES S. BAILEY, JR., ESQ. for Qual Line Fence Corp., etc. (rh) |
| 90/04/11 | 2 | RESPONSE -- (to pldg. #1) Amco Steel Fence Co., Inc., et al.; Qual-Line Fence Corp., etc.; Milwaukee Fence, Inc., etc.; and Good Fence Co., et al. -- w/cert. of svc. (received 4/11/90) (rh) |
| 90/04/12 | 3 | RESPONSE -- (to pldg. #1) Acme Fences, Inc., etc. -- w/cert. of svc. (received 4/11/90) (rh) |
| 90/04/19 | 4 | REPLY -- Master-Halco, Inc. -- w/cert. of svc. (received 4/19/90) (rh) |
| 90/05/29 | 5 | LETTER -- w/copy of District of New Mexico order (transferring A-1 to Colo.) -- submitted by Phil Krehbiel, Esq., counsel for Master-Halco, Inc. -- w/service (cds) |
| 90/05/30 |   | WAIVERS OF ORAL ARGUMENT -- All parties waived oral argument (ds) |
| 90/06/06 |   | ORDER DENYING MOTION AS MOOT -- Notified involved counsel, judges, clerks and misc. recipients. (ds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 845 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CHAIN LINK FENCE ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 31, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 6, 1990 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: June 6, 1990

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 845 -- In re Chain Link Fence Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Acme Fences, Inc., etc. v. Master-Halco, Inc. | N.M. Campos | 89-1188-SC | | | | |
| A-2 | AMCO Steel Fence Co., Inc., et al. v. Master-Halco, Inc., et al. | Colo. Babcock | 89-B-1917 | | | | |
| A-3 | Qual Line Fence Corporation, etc. v. Master-Halco, Inc., et al. | Colo. Babcock | 89-B-2007 | | | | |
| A-4 | Milwaukee Fence, Inc., etc. v. Master-Halco, Inc., et al. | Colo. Babcock | 89-B-2030 | | | | |
| A-5 | Good Fence Co., et al. v. Master-Halco, Inc., et al. | Colo. Babcock | 90-213 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 845 -- In re Chain Link Fence Antitrust Litigation

ACME FENCES, INC., ETC. (A-1)
Paul J. Kennedy, Esq.
102 Granite NW
Albuquerque, New Mexico 87102

AMCO STEEL FENCE CO., INC., ET AL. (A-2)
K. Craig Wildfang, Esq.
Siegel, Brill, Greupner & Duffy, P.A.
100 Washington Square, #1350
Minneapolis, Minnesota 55401

QUAL LINE FENCE CORPORATION, ETC. (A-3)
James S. Bailey, Jr., Esq.
Calkins, Kramer, Grimshaw
  & Harring
1700 Lincoln Street
Suite 3800
Denver, Colorado 80201

MILWAUKEE FENCE, INC., ETC. (A-4)
Lynn Lincoln Sarko, Esq.
Keller & Rohrback
1201 Third Avenue
Suite 3200
Seattle, Washington 98101

GOODE FENCE COMPANY, ET AL. (A-5)
Martin I. Twersky, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

MERCHANTS METALS, INC.
Paul W. Reidl, Esq.
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2505

MASTER-HALCO, INC.
Spencer Reid, Esq.
Keleher & McLeod
Post Office Drawer AA
Albuquerque, New Mexico 87103

REEVES SOUTHEASTERN CORPORATION
W.F. CORPORATION F/K/A CAPITOL WIRE &
  FENCE COMPANY, INC.

John D. Phillips, Esq.
Hall & Evans
1200 17th Street
Suite 1700
Denver, Colorado 80202

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 845 -- In re Chain Link Fence Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Master-Halco, Inc. | A-1 thru A-5 |
| W.F. CORPORATION f/k/a Capitol Wire & Fence Company, Inc. | A-3 thru A-5 |
| Merchants Metals, Inc. | A-2 thru A-5 |
| Reeves Southeastern Corporation | A-2 thru A-5 |
| | |
| | |
| | |
| | |
| | |
| | |