JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN -6 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 845

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CHAIN LINK FENCE ANTITRUST LITIGATION

ORDER DENYING MOTION AS MOOT

On March 22, 1990, Master-Halco, Inc., a defendant in all actions in this docket, moved the Panel to transfer under 28 U.S.C. §1407 one action pending in the District of New Mexico to the District of Colorado for coordinated or consolidated pretrial proceedings with the four actions pending there. Subsequently, the New Mexico action was transferred to the District of Colorado under 28 U.S.C. §1404(a), pursuant to an order entered by Judge Santiago E. Campos on May 21, 1990.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Robert H. Schnacke
Judge of the Panel

Schedule A

<u>MDL-845 -- In re Chain Link Fence Antitrust Litigation</u>

    <u>District of New Mexico</u>

<u>Acme Fences, Inc., etc. v. Master-Halco, Inc.</u>, C.A. No. 89-1188-SC

    <u>District of Colorado</u>

<u>AMCO Steel Fence Co., Inc., et al. v. Master-Halco, Inc., et al.,
   C.A. No. 89-B-1997</u>
<u>Qual Line Fence Corporation, etc. v. Master-Halco, Inc., et al.,
   C.A. No. 89-B-2007</u>
<u>Milwaukee Fence, Inc., etc. v. Master-Halco, Inc., et al.,
   C.A. No. 89-B-2030</u>
<u>Good Fence Co., et al. v. Master-Halco, Inc., et al.,
   C.A. No. 90-B-213</u>

